IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DAVID HAMMERS,

      Plaintiff,

v.                                   Case No. 3:13-CV-03659-M-BK

THE CITY OF DALLAS, et al.,

      Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Marsolais's *Motion for Judgment on the Pleadings*, Doc. 44, and Defendant City of Dallas' *Motion for Summary Judgment*, Doc. 45, are **GRANTED**.

SO ORDERED on this 29th day of June, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS